UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – GENERAL

Case No.  7:19-CR-13-KKC-1          At  Lexington          Date  November 9, 2021

USA vs  Allan Ray Collins          x  present    x  custody    ___ bond    ___ OR    Age ___

PRESENT:  HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | Elaine Haberer | Ron L. Walker, Jr. for Jason D. Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant    Richard A. Hughes     x  present    ___ retained    x  appointed

PROCEEDINGS:    **ALLOCUTION**

The parties appeared for final hearing for Allocution as noted. The Court heard statements of the defendant and counsel, IT IS ORDERED as follows:

1. The Court FINDS that the defendant violated the terms and conditions of supervision as alleged in the Supervised Release Violation Report.

2. The Court ACCEPTS the Recommended Disposition (DE #12) and ADOPTS the findings in the Recommended Disposition. The sentence imposed is a variance from the recommended sentence.

3. The Court REVOKES the defendant's supervised release. A Revocation Judgment will be entered.

4. Defendant was orally advised of his appellate rights.

5. Defendant remanded to custody.

Copies: COR, USP, USM

Initials of Deputy Clerk  gld
TIC:  7 min